UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN H. REYNOLDS,

    Plaintiff,

v.                              Case No. 5:19cv280-TKW-MJF

HOLMES COUNTY JAIL, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc.7). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to pay the filing fee and his failure to comply with court orders.

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED** and the Clerk shall close the file.

---

[1] Plaintiff was given additional time to file objections because it appeared that he did not receive the Report and Recommendation when it was originally issued, *see* Doc. 9; however, he did not file any objections within the additional time allowed.

**DONE and ORDERED** this 27th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**